UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Nathan Heflin                                                              Docket Number: 07-po-07011-MJW-01

**Petition on Supervised Release**

COMES NOW, Robert Haberman, probation officer of the court, presenting an official report upon the conduct and attitude of Nathan Heflin who was placed on supervision by the Honorable Michael E. Hegarty sitting in the court at Colorado Springs, Colorado, on the 18th day of April, 2007, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
   This program may consist of a Level II Alcohol Education Program. The defendant shall abstain from the use of alcohol or other intoxicants during the course of supervision. The defendant will be required to pay the cost of treatment as directed by the probation officer.

2. The defendant shall perform 48 hours of community service. Two hours of the community service is to be served at Mothers Against Drunk Driving (MADD). The remaining 46 hours to be performed at a program approved by the probation department.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a Summons for a Supervised Release Violation Hearing.

ORDER OF THE COURT

Considered and ordered this 17th day of April, 2008, and ordered filed and made a part of the record in the above case.

S/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Robert Haberman
Robert Haberman
Probation Officer

Place: Colorado Springs, Colorado

Date: April 17, 2008

**ATTACHMENT**

On May 7, 2007, the conditions of supervised release were read and explained to the defendant. On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with a copy of them. The term of supervised release commenced on April 27, 2007.

The defendant has committed the following violations of supervised release:

1. **USE OF ALCOHOL:**

On or about March 25, 2008, the defendant has consumed alcoholic beverages, which is a violation of his conditions of supervised release.

This violation is based on the following facts:

On or about March 25, 2008, the defendant was visited by Probation Officer Jolly, an officer from the Eastern District of Missouri, at his residence in Rolla, Missouri. Upon entry into the residence, Officer Jolly observed a fifth of Irish liquor in the kitchen, several empty Bud Light cans in the trash can, and several beer bottle tops throughout the apartment. Mr. Heflin denied that any of these things were his. However, Mr. Heflin finally admitted that he had a few beers a few weeks earlier. Officer Jolly reminded the defendant of his conditions of supervised release which prohibits him from possessing and/or consuming alcohol while he is on supervised release.